UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 04 B 02152
   RAYMOND L BAKER
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

        Debtor
SSN XXX-XX-9070
```

---

## TRUSTEE'S FINAL REPORT AND ACCOUNT

---

The case was filed on 01/20/2004 and was confirmed 03/10/2004.

The plan was confirmed to pay secured creditors 100% and unsecured creditors 10.00%.

The case was dismissed after confirmation 07/21/2004.

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| FAIRBANKS CAPITAL CORP | CURRENT MORTG | 3405.00 | .00 | 3405.00 |
| FAIRBANKS CAPITAL CORP | MORTGAGE ARRE | 13777.75 | .00 | 1174.26 |
| COOK COUNTY TREASURER | SECURED | 1480.00 | .00 | 126.13 |
| US ATTORNEYS OFFICE | NOTICE ONLY | NOT FILED | .00 | .00 |
| WFS FINANCIAL | SECURED | 7159.23 | 322.32 | 428.41 |
| CAPITAL ONE | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS DEPT OF REVENUE | SECURED NOT 1 | 2230.24 | .00 | .00 |
| KOHLS | UNSECURED | 414.93 | .00 | .00 |
| ARROW FINANCIAL SERVICES | UNSECURED | 2901.84 | .00 | .00 |
| TCF BANK | UNSECURED | NOT FILED | .00 | .00 |
| US ONCOLOGY | UNSECURED | 210.00 | .00 | .00 |
| USPS DISBURSING OFFICER | UNSECURED | NOT FILED | .00 | .00 |
| VILLAGE OF OAK PARK | UNSECURED | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 21999.24 | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | 815.25 | .00 | .00 |
| THOMAS HOLSTEIN | DEBTOR ATTY | .00 | | .00 |
| TOM VAUGHN | TRUSTEE | | | 356.87 |
| DEBTOR REFUND | REFUND | | | 1,165.01 |

Summary of Receipts and Disbursements:

|  | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 6,978.00 | |
| PRIORITY | | .00 |
| SECURED | | 5,133.80 |
| INTEREST | | 322.32 |
| UNSECURED | | .00 |
| ADMINISTRATIVE | | .00 |
| TRUSTEE COMPENSATION | | 356.87 |

FILED OCT 1 9 2004 KENNETH S. GARDNER, CLERK UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF ILLINOIS PS REP. - TCR

PAGE   1 - CONTINUED ON NEXT PAGE
CASE NO. 04 B 02152 RAYMOND L BAKER

```
DEBTOR REFUND                                               1,165.01
                                    ---------------    ------------------
TOTALS                                    6,978.00            6,978.00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 10/19/04

_____
TOM VAUGHN
CHAPTER 13 TRUSTEE